**Michael BOONE, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 47625.**

Missouri Court of Appeals,
Western District.

Dec. 28, 1993.

---

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, C.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 post-conviction motion for untimely filing.

Judgment affirmed. Rule 84.16(b).